JAMES VANGELLOW et al., Doing Business under Name of GENERAL STORE FIXTURES COMPANY, Respondents, *v.* STEVE RUTYNA, Appellant.

Submitted June 16, 1942; decided July 29, 1942.

· *Nathan Relin* for appellant.

*Charles E. Callahan* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.